30mins.  **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**      CASE NO.07-20465-CR-LENARD
vs.
                                  **CHANGE OF PLEA**
**CARDINAL MARSHALL**
_____/

    On July 25, 2007 the above named defendant appeared in person before the Honorable **Joan A. Lenard**, United States District Judge, with **Scott Kalisch**, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count 1, of the Indictment.

    After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

- ( )  The Court proceeded to pronounce sentence. (See J&C)
- (**X**)  The Court postponed sentencing until **October 5, 2007 at 3:00 p.m.**

_____

- ( )  The defendant being allowed to remain on bond until sentencing.
- ( )  Modifications to Conditions of Release:
- ( )  The defendant being remanded to the custody of the U.S. Marshal until a _____ bond in the amount of $_____ is approved and posted.
- ( )  The defendant being remanded to the custody of the U.S. Marshal awaiting sentencing.

    The U.S. Attorney announced **Count 2** would be dismissed on the government's motion at sentencing.

**Judge Joan A. Lenard**                                      **AUSA   Peter Fprand**
**Court Reporter Lisa Edwards**                               **Interpreter none**
**Courtroom Deputy Patricia Mitchell**